No. 532.   EL PUEBLO *v.* VIDAL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª.   Resuelto en febrero 17, 1913.   Revocada la sentencia apelada·por los fundamentos consignados en los casos No. 496, *El Pueblo* v.

*Blanco,* 18 D. P. R., 1020; No. 508, *El Pueblo* v. *Gestera,* No. 511, *El Pueblo* v. *Gestera,* ambos de enero 20, 1913; No. 510, *El Pueblo* v. *Gestera,* enero 22, 1913; No. 509, *El Pueblo* v. *Gestera,* enero 23, 1913; No. 512, *El Pueblo* v. *Gestera,* enero 23, 1913; No. 531, *El Pueblo* v. *Vidal,* febrero 13, 1913. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció. El Juez Asociado Sr. Wolf firmó haciendo constar estar conforme con la parte dispositiva de la sentencia.